# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| Sylvia G. Kinard | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 19 CV 1065 (BMC) (LB) |
| Dr. Rudolph Crew, et al | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Sylvia G. Kinard, Plaintiff

Date: 09/16/2019

*Attorney's signature*

Richard Washington RW4793
*Printed name and bar number*

100 Church Street, Suite 800
New York, NY 10007

*Address*

Richard@washington-at-law.com
*E-mail address*

(646) 845-7445
*Telephone number*

(646) 607-9383
*FAX number*

AO 458 (Rev. 06/09) Appearance of Counsel
Case 1:19-cv-01065-BMC-LB